**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| Candace Renee Morton, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 4:26-CV-00411 |
| Experian Information Solutions, Inc., | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |
| | ) | |

## <u>ORDER GRANTING MOTION TO WITHDRAW</u>

The Court, having reviewed Tatum Lowe Kowalski's Motion to Withdraw as Counsel, and having been fully advised of the same, hereby **GRANTS** the Motion.

Tatum Lowe Kowalski is hereby withdrawn from the above-captioned matter.  The Clerk of Court is directed to remove Tatum Lowe Kowalski as counsel of record.  Brian A. Farlow of Fulton Jeang PLLC shall remain counsel of record for Defendant Experian Information Solutions, Inc.

**SO ORDERED** this 16th day of June 2026.

.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE