UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CANDACE RENEE MORTON,**

Plaintiff,

v.                                             **No. 4:26-cv-00411-P**

**EXPERIAN INFORMATION SOLUTIONS INC
ET AL.,**

Defendants.

## ORDER

The Court received notification that the Plaintiff and Defendant Experian Information Solutions, Inc. settled in the instant dispute. ECF No. 32. The Court therefore **ORDERS** that all deadlines are **STAYED** as to Defendant Experian only until further ordered by the Court. The Parties shall file appropriate dismissal papers—either a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or an appropriate motion and corresponding proposed order—with the Clerk's Office **on or before July 29, 2026.**

**SO ORDERED** on this **29th day of June 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE